435 A.2d 260

L. K. Stoner Tile Co. v. Yudacufski, Appellant.

Argued March 17, 1980. Leonard G. Schumack, for appellant; MaryAnn Conway, for appellee.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania is sitting by designation.

640

Before PRICE, CAVANAUGH and WATKINS, JJ.

Order affirmed.